## THE STATE v. GEORGE SMITH, Appellant.

**Division Two, February 12, 1910.**

**APPEAL: Misdemeanor.** An appeal from a judgment of the circuit court, adjudging defendant guilty of unlawfully practicing medicine without a license from the State Board of Health, and fixing his punishment at a fine of fifty dollars, is to the Court of Appeals, where no constitutional question is involved.

Appeal from Webster Circuit Court.—*Hon. Geo. H. Williams*, Special Judge.

TRANSFERRED TO SPRINGFIELD COURT OF APPEALS.

*Samuel Dickey* and *Morris & Hartwell* for appellant.

*Elliott W. Major*, Attorney-General, and *Chas. G. Revelle*, Assistant Attorney-General, for the State.

BURGESS, J.—On the 10th day of November, 1908, the prosecuting attorney of Webster county filed in the circuit court of said county an information, duly verified, charging the defendant with unlawfully and wilfully practicing medicine and surgery, and attempting to treat the sick and afflicted, without first having obtained a license from the State Board of Health. After arraignment and plea of not guilty, defendant was placed upon trial, the jury returning a verdict of guilty, assessing his punishment at a fine of fifty dollars. Judgment was entered in accordance with the verdict, and defendant appealed to this court.

This being an appeal from a conviction under an information charging the defendant with a misdemeanor, and there being no constitutional question properly raised so as to give this court jurisdiction, the cause is ordered transferred to the Springfield Court of Appeals.

All concur.